**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-7126**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

STEVEN D. PRENTICE,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, Chief District Judge.  (1:01-cr-00031-CCE-1)

Submitted:  April 18, 2024                          Decided:  April 19, 2024

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Steven Dixon Prentice, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven D. Prentice appeals the district court's omnibus order denying, in relevant part, Prentice's two petitions for a writ of error coram nobis. Upon review of the record, we are satisfied that the district court did not abuse its discretion in denying the petitions, *see United States v. Lesane*, 40 F.4th 191, 196-97 (4th Cir. 2022) (stating standard of review and explaining requirements for coram nobis relief), because there is no basis in the law for Prentice's "actual innocence" argument, *e.g.*, *United States v. Miltier*, 882 F.3d 81, 89-90 (4th Cir. 2018) (explaining that "[i]t is well settled that Congress has the authority to regulate purely intrastate activities, as long as a rational basis exists for concluding that a regulated activity sufficiently affects interstate commerce," and ruling "that the intrastate receipt, production, and possession of child pornography" has the requisite "substantial effect on the interstate movement of child pornography" (internal quotation marks and brackets omitted)). Accordingly, we affirm the district court's order. *United States v. Prentice*, No. 1:01-cr-00031-CCE-1 (M.D.N.C. Oct. 24, 2023).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2